# United States Court of Appeals
### For The District of Columbia Circuit

───────────────

**No. 13-5022**　　　　　　　　　　　　　　**September Term, 2012**

1:11-cv-01032-JDB

**Filed On:** April 2, 2013

In re: Kay Sieverding,

　　　　Petitioner

**BEFORE**:　Garland, Chief Judge, and Tatel and Brown, Circuit Judges

## O R D E R

Upon consideration of the petition for writ of mandamus, it is

**ORDERED** that the petition for writ of mandamus be denied. Petitioner has not shown that she has a "clear and indisputable" right to mandamus relief, <u>Gulfstream Aerospace Corp. v. Mayacamas Corp.</u>, 485 U.S. 271, 289 (1988), and there is no other adequate remedy available to her, <u>Power v. Barnhart</u>, 292 F.3d 781, 784-86 (D.C. Cir. 2002). Petitioner may seek the requested relief during her direct appeal of the dismissal of her action.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**<u>Per Curiam</u>**